# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| THOMAS WILLIAM SINCLAIR RICHEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>D. DAHNE,<br><br>　　　　　Defendant. | CASE NO. C12-5060 BHS<br><br>ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S REQUEST TO WITHDRAW HIS MOTION TO DISMISS |

　　　This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 9) and Thomas William Sinclair Richey's ("Richey") objections to the R&R and his request to withdraw his previously filed motion to withdraw (Dkt. 10).  The Court will refer to Richey's motion to withdraw as a "motion to dismiss."  The Court has considered the R&R and Richey's objections and request to withdraw his earlier motion, as well as the remaining record, and hereby declines to adopt the R&R and grants Richey's request to withdraw his motion to dismiss for the reasons stated herein.

　　　On February 26, 2012, Richey filed a complaint against D. Dahne.  Dkt. 4.  A few days later, on February 29, 2012, Richey filed a motion to voluntarily dismiss his lawsuit

without prejudice and sought a waiver or return of his filing fee. Dkt. 8. On March 27, 2012, Magistrate Judge Karen L. Strombom issued an R&R (Dkt. 9). In it, Judge Strombom ruled in part that, pursuant to Rule 41(a)(1)(i), Richey's voluntary dismissal was granted.

Richey's reason for filing his motion to dismiss was based on two prior rulings he received from Magistrate Judge Strombom involving the filing of grievances. In the two prior R&Rs, Judge Strombom had ruled that Richey's claims were procedurally barred for failure to exhaust administrative remedies and issued a strike against him in each case. C11-5755-BHS/KLS and C11-5680-RBL/KLS. On March 26, 2012, Judge Ronald B. Leighton adopted Magistrate Judge Strombom's report and recommendations in case C11-5680-RBL/KLS. To avoid another adverse ruling and a third strike in a case also involving the filing of a grievance, Richey moved to voluntarily dismiss the instant suit because he assumed that Magistrate Judge Strombom would again rule against him. Dkt. 10 at 1-5.

However, on March 28, 2012, after Richey filed the motion to dismiss his case, this Court issued an order declining to adopt Magistrate Judge Strombom's R&R in case C11-5775-BHS/KLS. C11-5755-BHS/KLS, Dkt. 22 at 2 and 3. In ruling on the R&R, this Court found, in relevant part, that Richey's (1) "grievance was 'withdrawn' instead of denied, which makes his grievance not subject to appeal, and (2) the subsequent grievance was typed, not handwritten, and only contains the grievance manager's signature." *Id*. at 2. Thus, the Court determined that failure to exhaust administrative

remedies was not a proper basis on which to dismiss Richey's case, and declined to adopt Judge Strombom's R&R. *Id.*.

Once this Court issued the aforementioned ruling, it appears that Richey's understanding of the law and his concern with facing a third strike changed. Richey now wishes to proceed with his case against D. Dahne. Therefore, he filed the instant motion objecting to Judge Strombom's R&R granting his voluntary withdrawal and requesting that this Court withdraw his prior motion to dismiss his case.

This Court finds that Richey's request to withdraw his motion to dismiss should be granted.

Therefore, it is hereby **ORDERED** that

    (1)    The Court declines to adopt the R&R (Dkt. 9); and

    (2)    Richey's request to withdraw his motion to dismiss his complaint (Dkt. 10) is **GRANTED**; and

    (3)    This matter is re-referred to Magistrate Judge Strombom for further proceedings.

Dated this 31st day of May, 2012.

BENJAMIN H. SETTLE  
United States District Judge

ORDER - 3