UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS WILLIAM SINCLAIR RICHEY,<br><br>Plaintiff,<br><br>v.<br><br>D. DAHNE,<br><br>Defendant. | CASE NO. C12-5060 BHS-KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SCHEDULING ORDER AS MOOT |

On February 5, 2016, the Court entered an Order directing defendant to file an answer and setting pretrial scheduling deadlines, including deadlines for discovery and pre-trial motions. Dkt. 33. On February 8, 2016, plaintiff filed a motion for scheduling order. Dkt. 34. The Court's February 5th order provides the relief requested by plaintiff and therefore, plaintiff's motion is **DENIED** as moot.

DATED this 17th day of February, 2016.

Karen L. Strombom
United States Magistrate Judge