# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

THOMAS WILLIAMSINCLAIR RICHEY,

    Plaintiff,

v.

D DAHNE,

    Defendants.

CASE NO. C12-5060 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 55. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's motion for Temporary Restraining Order (Dkt. 41) is **DENIED**.

Dated this 5th day May, 2016.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER