Tom Richey #929444
Washington State Reformatory
Po Box 777
Monroe WA 98272

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS W.S. RICHEY, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS DAHNE, <br><br> Defendant. | CASE NO. C12-5060-BHS <br><br> MOTION FOR NOTICE OF ADJUDICATIVE FACT. |

Plaintiff, Thomas Richey, pro-se, hereby submits this motion for notice of adjudicative fact for the purpose of ensuring that this Court take notice of adjudicated facts.. The facts Richey is asking this Court to verify have already been adjudicated and are therefore uncontrovertible.

RICHEY -- MOTION -- 1

## FACTS ADJUDICATED

1. This Court held in its granting of Summary Judgment in favor of Richey, that Defendant Dahne violated Richey's right to petition by dismissing Richey's grievance because Richey refused to rewrite his grievance to omit the words "extremely obese."

   TRUE ☐    FALSE ☐

   Explanation, if any:


2. Richey has a 1st Amendment right to Freedom of speech in grievances.

   TRUE ☐    FALSE ☐

   Explanation, if any:


3. Whatever language Richey chooses to write in a prison grievance is absolutely protected under the 1st Amendment so long as Richey makes no threat against the life or safety of a person.

   TRUE ☐    FALSE ☐

4. So long as Richey, or any other prisoner, does not threaten the safety of others in his grievances, it is the duty and obligation of prison staff to accept and file a prison grievance

        TRUE ☐    FALSE ☐

Explanation, if any:


5. Defendant Dahne should have accepted and filed Richey's grievance in November, 2011.

        TRUE ☐    FALSE ☐

Explanation, if any:


6. Defendant Dahne violated Richey's right to Petition when he refused to accept and file the Properly ~~file~~ submitted grievance

        TRUE ☐    FALSE ☐

Explanation, if any:


Dated this ____ day of August, 2019

        S:_____
        HON. JUDGE BENJAMIN H. SETTLE

Submitted by:
Thomas WS Richey

RICHEY -- MOTION -- 3