DISTRICT COURT JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE KAREN L. STROMBOM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| THOMAS W.S. RICHEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>D. DAHNE,<br><br>　　　　　　Defendant. | NO. 3:12-CV-05060-BHS-KLS<br><br>DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS AND MOTION TO COMPEL DISCOVERY |

Defendant, DENNIS DAHNE, by and through his attorneys of record, ROBERT W. FERGUSON, Attorney General, and HALEY BEACH, Assistant Attorney General, respectfully submits the following Response to Plaintiff's Motion for Stay of Proceedings and Motion to Compel Discovery, ECF No. 111, and requests that the Court deny Plaintiff's motions.

## I.    RESPONSE

**A.    Motion to Stay**

As stated in the Defendant's Status Report, Defendant does not believe there is good cause to delay proceedings in this matter. The Court should set the evidentiary hearing for one of the dates suggested by Defendant in the Status Report, and simply allow the interim time for any discovery or other hearing preparation. Defendant suggests that 45 days from the date of the Court's July 18, 2019 Order is more than adequate time for this purpose. Subsequent to the Court's July 18, 2019 Order, Plaintiff propounded discovery to Defendant. Defendant will have responded to such discovery within the 45-day timeframe suggested above. Defendant also

DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION FOR STAY OF
PROCEEDINGS AND MOTION TO
COMPEL DISCOVERY
NO. 3:12-CV-05060-BHS-KLS

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

anticipates that the Court will have ruled on the other pending motions by that time, including Defendant's Motion for a Court Order Allowing Submission of the Contents of Plaintiff's Recorded Phone Conversations, ECF No. 101, which Defendant believes will assist the Court in resolving key issues of fact. Further stay or delay is unwarranted and unnecessary for the parties to resolve the issue of fact identified in the Court's July 18, 2019 Order.

**B.  Motion to Compel**

Plaintiff's motion to compel is unfounded. First, there is no allegation that Defendant has failed to provide a discovery response under Fed. R. Civ. P. 37(a)(3). As represented above, Plaintiff propounded discovery after the Court's July 18, 2019 Order, meaning that applicable response periods have not yet lapsed. Second, Plaintiff's motion lacks the certification of any attempt to meet and confer regarding discovery, as required by Fed. R. Civ. P. 37(a)(1) and Local Civil Rule 37(a)(1). Plaintiff appears to use the motion to compel as a means for initiating discovery, which is impermissible. The Court should deny Plaintiff's motion to compel for these reasons.

## II.  CONCLUSION

Defendant respectfully requests that the Court deny Plaintiff's motion for a stay of proceedings and Plaintiff's motion to compel discovery.

RESPECTFULLY SUBMITTED this 6th day of August, 2019.

ROBERT W. FERGUSON
Attorney General

s/ Haley Beach
HALEY BEACH, WSBA #44731
Assistant Attorney General
Corrections Division
P.O. Box 40116
Olympia, WA  98504-0116
(360) 586-1445
HaleyB@atg.wa.gov

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS AND MOTION TO COMPEL DISCOVERY
NO. 3:12-CV-05060-BHS-KLS

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

1

2  I certify that on the date below I caused to be electronically filed the DEFENDANT'S

3  RESPONSE TO PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS AND MOTION

4  TO COMPEL DISCOVERY with the Clerk of the Court using the CM/ECF system and I hereby

5  certify that I have mailed a copy of the document through United States Postal Service to the

6  following non CM/ECF participant:

7  THOMAS W.S. RICHEY, DOC #929444
   MONROE CORRECTIONAL COMPLEX – IMU
8  PO BOX 7002
   MOROE WA  98272-7002
9

10  docmccinmatefederal@doc1.wa.gov

11  I declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct.

13  EXECUTED this 6th day of August, 2019, at Olympia, Washington.

14

15  s/ Cherrie Melby
    CHERRIE MELBY
16  Legal Assistant
    Corrections Division
17  PO Box 40116
    Olympia, WA 98504-0116
18  (360) 586-1445
    Cherrie.Melby@atg.wa.gov
19

20

21

22

23

24

25

26

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS AND MOTION TO COMPEL DISCOVERY NO. 3:12-CV-05060-BHS-KLS

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445