UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS W.S. RICHEY,

           Plaintiff,

v.

D. DAHNE,

           Defendant.

CASE NO. C12-5060 BHS

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter comes before the Court on Plaintiff Thomas Richey's ("Richey") motion for reconsideration. Dkt. 123.

On September 12, 2019, the Court denied Richey's motion to suppress his letter to his wife because it agreed with Defendant D. Dahne's ("Dahne") assertion that Richey had failed to cite any relevant legal authority. Dkt. 120. On September 18, 2019, Richey filed the instant motion for reconsideration contesting the conclusion that he failed to cite any relevant legal authority. Dkt. 123. Richey argues that he provided authority for the fact that his letter is copyrightable. *Id.* Even if true, he fails to cite any relevant authority for the conclusion that the Court may not rely on a copyrighted work to establish a

misrepresentation to the Court. Thus, while Richey may have cited authority for an irrelevant issue, he failed to cite authority for the relevant issue before the Court.

Richey also argues that the Department of Corrections' confiscation of his letter violated the postal service's regulations and his First Amendment rights. *Id.* at 3. The Court held that Richey must bring those claims in a separate action. Dkt. 120. Accordingly, the Court **DENIES** his motion for reconsideration.

**IT IS SO ORDERED**.

Dated this 23rd day of September, 2019.

BENJAMIN H. SETTLE
United States District Judge