DISTRICT COURT JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS W.S. RICHEY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>D. DAHNE,<br><br>　　　　　　　Defendant. | NO. 3:12-CV-05060-BHS-KLS<br><br>DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO POSTPONE EVIDENTIARY HEARING |

Defendant, DENNIS DAHNE, by and through his attorneys of record, ROBERT W. FERGUSON, Attorney General, and HALEY BEACH, Assistant Attorney General, respectfully responds to Plaintiff's Motion to Postpone Evidentiary Hearing, ECF No. 126. Defendant does not oppose this continuance request.

In light of Defendant's non-opposition to Plaintiff's request, Defendant does not respond in detail to Plaintiff's allegations, but Defendant can attempt to provide additional information if the Court deems it necessary. On September 16, 2019, Plaintiff transferred from the Monroe Correctional Complex to the Washington Corrections Center, apparently as the first step in his transfer to the Airway Heights Corrections Center (AHCC). Defendant has no knowledge or information as to the specific date on which Plaintiff will transfer to AHCC, and such information is generally not widely shared for security reasons. Defendant does not at this time have any specific information as to what property Plaintiff has available

DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO POSTPONE
EVIDENTIARY HEARING
NO. 3:12-CV-05060-BHS-KLS

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1  to him, though Department Policy 440.020, Transport of Property[1], provides that legal documents needed to meet a court-imposed deadline, such as the October 17, 2019 evidentiary hearing, will be transported with the incarcerated individual. It also appears, based on filings in this matter, that Plaintiff has had a fair amount of legal access in recent weeks.

However, in the interest of conserving judicial resources and promoting efficiency, Defendant does not object to a 60-day postponement of the evidentiary hearing in this matter, subject to the Court's discretion and availability. Defendant also requests that the Court issue a scheduling order if it would like the parties to submit anything to the Court prior to the hearing.

RESPECTFULLY SUBMITTED this 30th day of September, 2019.

ROBERT W. FERGUSON
Attorney General

s/ Haley Beach
HALEY BEACH, WSBA #44731
Assistant Attorney General
Corrections Division
P.O. Box 40116
Olympia, WA  98504-0116
(360) 586-1445
Haley.Beach@atg.wa.gov

---

[1] *Available at* https://www.doc.wa.gov/information/policies/default.aspx?show=400.

DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO POSTPONE
EVIDENTIARY HEARING
NO. 3:12-CV-05060-BHS-KLS

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

## CERTIFICATE OF SERVICE

I certify that on the date below I caused to be electronically filed the DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO POSTPONE EVIDENTIARY HEARING with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed a copy of the document through United States Postal Service to the following non CM/ECF participant:

THOMAS W.S. RICHEY, DOC #929444
WASHINGTON CORRECTIONS CENTER
PO BOX 900
SHELTON WA  98584

docwccinmatefederal@doc1.wa.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 30th day of September, 2019, at Olympia, Washington.

    s/ Cherrie Melby
CHERRIE MELBY
Legal Assistant 4
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445
Cherrie.Melby@atg.wa.gov

DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO POSTPONE
EVIDENTIARY HEARING
NO. 3:12-CV-05060-BHS-KLS

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445