UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS W.S. RICHEY, | CASE NO. C12-5060 BHS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE EVIDENTIARY HEARING |
| v. | |
| D. DAHNE, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Thomas W.S. Richey's ("Richey") motion to continue the evidentiary hearing.  Dkt. 126.

On September 23, 2019, Richey filed the instant motion requesting a 60-day continuance of the October 17, 2019, hearing because he is in transit and has no access to his legal materials.  *Id.*  Although the motion is noted for consideration on October 11, 2019, the Court requested an expedited response from Defendant so that the parties and the Court may conserve resources if a continuance is necessary.  Dkt. 127.  On September 30, 2019, Defendant responded and does not oppose the motion.  Dkt. 129.  Therefore,

1    the Court grants the motion and the hearing is rescheduled for December 17, 2019 at

2    1:30 pm.

3        **IT IS SO ORDERED**.

4        Dated this 1st day of October, 2019.

5

6

7                                                BENJAMIN H. SETTLE
                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22